In the Matter of the Custody of FRANCES EARLE BRINSON, JOHNNY EDWARD BRINSON, and JOYCE ANITA BRINSON.

(No. 393, Fall Term, 1951)

Appeal by Petitioner (Edna Earl Brinson) from *Frizzelle, J.*, 3 July, 1951, Lenoir Superior Court. From Lenoir County.

The purpose of the petition of *habeas corpus* by a divorced parent being declared to be to relieve her children from alleged restraint when committed by the court to the Junior Order Children's Home, no appeal lies from the order denying petition, and the attempted appeal therefrom is dismissed. *In re Thompson*, 228 N.C. 74; *In re Holley*, 154 N.C. 163.

This 17 October, 1951.

Valentine, J., for the Court.

---

In the Matter of: JOHN C. PHILLIPS, JR., Claimant, CHARLOTTE, N. C.; WESTERN UNION TELEGRAPH COMPANY, Employer, CHARLOTTE, N. C.; STATE OF NORTH CAROLINA on Relationship of the EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, RALEIGH, N. C.

(No. 532, Fall Term, 1951)

Appeal by Employment Security Commission from *Sink, J.*, June, 1951, Regular Term of Mecklenburg Superior Court. Mecklenburg County.

Appeal dismissed upon authority of *In re Mitchell*, 220 N.C. 65. This 7 November, 1951.

Valentine, J., for the Court.